■ In the Matter of FANNY CHU, Petitioner, v BARBARA J. FIALA et al., Respondents. [986 NYS2d 105]—

Determination of respondent Department of Motor Vehicles Appeals Board, which after a hearing, suspended petitioner's driver's license for 31 days based on a violation of Vehicle and Traffic Law § 1146, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of Supreme Court, New York County [Carol E. Huff, J.], entered September 27, 2013), dismissed, without costs.

Substantial evidence supports the determination (*see generally 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180-181 [1978]). Such evidence, including eyewitness

testimony, shows that petitioner failed to exercise due care, and struck the pedestrian as she crossed the street, ultimately resulting in the pedestrian's death (*see e.g. Matter of Montagnino v Fiala*, 106 AD3d 1090 [2d Dept 2013]). Concur—Mazzarelli, J.P., Acosta, Andrias, Saxe and Clark, JJ.